# Order

Michigan Supreme Court
Lansing, Michigan

January 13, 2011

140303(22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ANTHONY SHAMONT JONES,
       Defendant-Appellant.

_____/

SC: 140303
COA: 293725
Kalamazoo CC: 79-100104 FY

On order of the Court, the motion for reconsideration of this Court's September 9, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and MARILYN KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011 _____

p0112

_____
Clerk